USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

FREDERICK S. SHEHADI, JR.,

                Plaintiff,

  -against-

DAVID LIFSON, as Administrator of the Estate of
Wilhelm Albrecht Neumann, Deceased, *ET. ANO.*,

                Defendants.

------------------------------------------------------------x

10 Civ. 4571 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

    Having received the request from defendants' counsel and counsel for plaintiff's response, it is HEREBY ORDERED that:

1. The last day for defendants to answer the amended complaint is August 25, 2010;

2. The last day for plaintiff to answer the amended counterclaims is September 28, 2010;

3. Defendants' motion for summary judgment is due on or before September 28, 2010;

4. Plaintiff's response to the motion is due on or before October 18, 2010;

5. The reply to the motion is due October 26, 2010; and

6. There will be no further extensions of time.

Dated: New York, New York
       August 23, 2010

SO ORDERED:

Sidney H. Stein, U.S.D.J.